IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>GENE JOHNSON, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:13-CV-2589-TWT |

**ORDER**

This is a pro se habeas action.  It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing this action for failure to state a claim.   The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No additional papers may be filed in this action by the Plaintiff except a notice of appeal.

SO ORDERED, this 2 day of May, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Jackson\13cv2589\r&r.wpd